**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>Plaintiff,<br>v.<br><br>LUXE CURVE AND THE INDIVIDUALS AND ENTITIES OPERATING LUXE CURVE,<br>Defendant. | Case No.: 26-cv-02587<br><br>Judge Edmond E Chang<br><br>Magistrate Judge Young B. Kim |

**Declaration of Zoey Huang**

I, Zoey Huang, declare as follows:

1. I am a law clerk with YK Law LLP and my firm represents Plaintiff Hexin Holding Limited ("Plaintiff") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. On April 17, 2026, this Court entered an Order [16] permitting Plaintiff to complete service of process to Defendant pursuant to Federal Rule of Civil procedure 4(f)(3) by electronically publishing a link to the Amended Complaint, the Order, and other relevant documents on a website and by sending an e-mail to the e-mail address provided for Defendant by third party that includes a link to said website.

3. I hereby certify that on April 23, 2026, I electronically published the Amended Complaint, Summons, the Order, and other relevant documents on a website.

4. I hereby certify that on April 23, 2026, I sent an email including a link to said website to the email address 17750430162@163.com provided for Defendant by TikTok.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of April 2026 in Los Angeles.

*/s/ Zoey Huang*
Zoey Huang
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: zhuang@yklaw.us